IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00299-LTB

MICHAEL STEPHEN DEWEY,

    Plaintiff,

v.

SGT. JOHNSON (first name unknown, C.D.O.C. Correctional Officer acting under the
    color of state law at Sterling Correctional Facility, working as Correctional Officer
    in the S.C.F. unit #32 on 02/05/2011),
LT. BERNADETTE SCOTT (C.D.O.C. ADA Inmate Coordinator acting under the color of
    state law at S.C.F. tasked with providing A.D.A. accommodations to Mr. Dewey
    from 01/26/2011 - 11/21/2011),
WARDEN KEVIN MILYARD (C.D.O.C. Warden for S.C.F. acting under the color of state
    law while Mr. Dewey was under his care and authority as a prison Warden from
    01/26/2011 - 11/21/2011),
DEPUTY WILLIAM EUROPE (Adams County Deputy Sheriff, acting under the color of
    state law working in the A.C.D.F. on 04/14/2010),
JOHN DOE (Adams County Deputy Sheriff acting under the color of state law,
    transported Mr. Dewey from the Platte Valley Medical Center to the A.C.D.F. on
    06/22/2010),
JOHN DOE Adams County Deputy Sheriff acting under the color of state law,
    transported Mr. Dewey from the Platte Valley Medical Center to the A.C.D.F. on
    06/22/2010),
DR. IVOR GARLICK (Primary Care Physician at the A.C.D.F. acting under the color of
    state law as the primary care physician for Mr. Dewey from 04/13/2010 -
    09/15/2010),
JOHN OR JANE DOE (Health Care Administrator at A.C.D.F. acting under the color of
    state law tasked with administering Mr. Dewey medical attention as needed from
    04/13/2010 - 09/15/2010),
JOHN OR JANE DOE (Executive in charge of A.C.D.F. acting under the color of state
    law in charge of all disciplinary activities within the A.C.D.F. from 04/13/2010 -
    09/15/2010), and
ADAMS COUNTY DETENTION FACILITY, Jointly and Severally,

    Defendants.

---

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 13, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 13 day of March, 2013.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/ S. Grimm
 Deputy Clerk